UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61437-CIV-HURLEY/HOPKINS

SHERYL WALLACE,

    Plaintiffs,

v.

SUPERCLUBS PROPERTIES, LTD.,
and INTERNATIONAL LIFESTYLES, INC.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS**

**THIS CAUSE** is before the court upon plaintiff's motion to strike defendants' pleadings and enter default judgment as sanctions for violation of order compelling responses to discovery [DE # 143] and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending denial of plaintiff's motion [DE # 150]. No objections were filed to the magistrate judge's report.

Having carefully reviewed the Magistrate Judge's Report and Recommendation as to plaintiff's motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Upon review of the report of the magistrate judge, it is hereby **ORDERED** and **ADJUDGED**:

    1.    The Report and Recommendation of the United States Magistrate Judge [DE # 150] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

    2.    Plaintiff's motion to strike defendants' pleadings and enter default judgment as

Order Adopting R & R of Magistrate Judge
Wallace v. Superclubs Properties, LTD., et al
Case No. 08-61437-CIV-HURLEY/HOPKINS

sanctions for violation of order compelling responses to discovery [DE # 143] is

**DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10th day of August, 2009.

                                              Daniel T. K. Hurley
                                              United States District Judge

*Copies provided to counsel of record*